David Berten (IL Board # 6200898)
(Member of the N.D. Ca. Bar)
dberten@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
T: (312) 241-1500
F: (312) 241-1522
*Attorney for Plaintiff,*
*RAH Color Technologies LLC*

Aleksander J. Goranin
AGoranin@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1868
Facsimile: 215.754.4683
*Attorneys for Defendant Heidelberger*
*Druckmaschinen AG*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re: RAH COLOR TECHNOLOGIES LLC PATENT LITIGATION**<br><br>This Document Relates to One Case:<br>RAH Color Technologies LLC v. Heidelberger Druckmaschinen, No. 3:19-cv-00517-SI | CASE NO. 3:18-MD-02874-SI<br><br>~~PROPOSED~~ **ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Judge Susan Illston |

**~~PROPOSED~~ ORDER ON JOINT STIPULATION OF DISMISSAL**

This matter has come before the Court on the parties' Joint Stipulation of Dismissal. After full consideration of all the papers and submissions, the Court finds that all claims in the case of *RAH Color Technologies LLC v. Heidelberger Druckmaschinen AG*, No. 3:19-cv-00517-SI shall be dismissed with prejudice and without fees or costs to any party.

The Stipulation is GRANTED.

IT IS SO ORDERED.

Dated:   7/23/19

_____
The Honorable Susan Illston
United States District Court

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document PROPOSED ORDER ON JOINT STIPULATION OF DISMISSAL was electronically filed and served upon counsel of record via the Court's CM/ECF system on July 23, 2019.

Dated: July 23, 2019

Respectfully,

/s/ David Berten

David Berten (dberten@giplg.com)
Global IP Law Group, LLC
55 West Monroe St.
Suite 3400
Chicago, IL 60603

***Attorney for Plaintiff, RAH Color Technologies LLC***